# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 8:05CR108 |
| VICTOR SAINZ-GONZALEZ, | ) | ORDER |
| Defendant. | ) | |

Upon the defendant's motion to continue (Filing No. 17),

**IT IS ORDERED** that the hearing on defendant's motion to suppress (Filing No. 14) is continued to **July 11, 2005 at 9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 24th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge