IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR108 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR SAINZ-GONZALEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Rule 11 hearing is continued; said hearing is rescheduled for:

**Monday, May 15, 2006, at 1 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 1st day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court